■ WILLIAM KAUFMAN et al., Appellants, v MELLON BANK INTERNATIONAL, Respondent.—Judgment, Supreme Court, New York County, entered on January 18, 1978, unanimously affirmed for the reasons stated by Fraiman, J. Respondent shall recover of appellants $60 costs and disburse-

ments of this appeal. Concur—Lupiano, J. P., Birns, Silverman, Evans and Sandler, JJ.